IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                                            No. 1:17-cr-1235-WJ-3

MATTHEW WOODS,

    Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte* following Mr. Ray and Mr. Harrison's failure to appear on behalf of Defendant at the September 16, 2019 status conference.

The Court electronically filed notice of the status conference on August 29, 2019 setting it for September 16, 2019 at 1:30 pm. Doc. 359. However, neither Mr. Ray nor Mr. Harrison as counsel for Defendant showed up for the hearing and after waiting thirty minutes or until 2:00 pm, the Court then entered the Courtroom and announced that the hearing would be reset. As a result of Defense counsels' failure to appear, the Court and Counsel for the United States wasted time and the United States Marshals Service wasted time and resources in transporting Defendant to the Courthouse.

**IT IS THEREFORE ORDERED** that Mr. Ray and Mr. Harrison show cause as to why they failed to appear for this hearing and why some sort of sanction should not be imposed for what appears to be a lack of respect to this Court, opposing counsel, and the United States Marshals Service. Defense counsel shall respond in writing to this Order to Show Cause within fourteen days of the entry of this Order. Counsel for the United States is not required to respond to this

2

Order to Show Cause but may do so if she wishes.

    **IT IS SO ORDERED.**

_____
WILLLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE