IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR No. 17-1235 WJ |
| | ) | |
| vs. | ) | |
| | ) | |
| **MATTHEW WOODS,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## UNITED STATES' FIRST AMENDED WITNESS LIST

The United States of America, by and through its attorneys John C. Anderson, United States Attorney for the District of New Mexico, Letitia Carroll Simms and Jack Burkhead, attorneys for said District, respectfully file the list of anticipated witnesses which may be called for its case-in-chief at trial and requests permission to submit such additional list as may become necessary prior to and during trial:

1. Special Agent Scott Pharis, Homeland Security Investigations;

2. Sergeant Matthew Vollmer, Albuquerque Police Department;

3. Special Agent Colin Owens, Homeland Security Investigations;

4. Detective Jodi Gonterman, Albuquerque Police Department;

5. Detective Josh Brown, Albuquerque Police Department;

6. Officer Tillery Dicenzo, Albuquerque Police Department;

7. Deputy Joaquin Rodriguez, Bernalillo County Sherriff's Department;

8. Abraham Gallardo or Debbie Padilla, or other custodian of records for MDC;

1

9. Custodian of records for Albuquerque Public Schools;

10. Sherrie A. Cordova, formerly Albuquerque SANE;

11. Kimberly Mehlman-Orozco;

12. Special Agent Morgan Langer, Homeland Security Investigations;

13. Special Agent Kyle Hartsock, Second Judicial District Attorney's Office;

14. Danielle Galloway;

15. M.V.;

16. T.R.;

17. A.R.;

18. K.T.;

19. J.R.;

20. M.M.

Respectfully submitted,

FRED J. FEDERICI
Acting United States Attorney

<u>Electronically filed 1/5/2021</u>
LETITIA CARROLL SIMMS
JACK BURKHEAD
Assistant U.S. AttorneyS
P.O. Box 607
Albuquerque, NM   87103
(505) 346-7274

I hereby certify that on, January 5, 2021
I filed the foregoing electronically through
the CM/ECF system, which caused Counsel
for the Defendant, to be served by Electronic means,
as more fully reflected on the Notice of Electronic Filing.

/s/
LETITIA CARROLL SIMMS
Assistant United States Attorney

3